**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

SAS AB, et al.,

                        Reorganized Debtors.
------------------------------------------------------------------X
CAVIC 31 DESIGNATED ACTIVITY COMPANY and
CAVIC 41 DESIGNATED ACTIVITY COMPANY,

                        Plaintiff-Appellants,          24 **CIVIL** 6159 (LAK)

     -against-                                      **JUDGMENT**

SCANDANAVIAN AIRLINES SYSTEM
DENMARKNORWAY-SWEDEN and GORM LIGHT
BLUE LIMITED,

                        Defendants-Appellees.
------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated March 4, 2025, the decision and orders appealed from are affirmed.

**Dated:**  New York, New York
           March 5, 2025

                                                                  **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**
                             **BY:**    K. Mango
                                                                  **Deputy Clerk**